UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

BRIJESHKUMAR PATEL,

                Petitioner,

v.

KEVIN RAYCRAFT et al.,

                Respondents.

_____/

Case No. 1:26-cv-690

Honorable Jane M. Beckering

## ORDER

On March 6, 2026, the Court issued an Order to Show Cause (ECF No. 4) ordering Respondents to "file a transcript, or if a transcript is not available, a recording, of the bond hearing before the Immigration Judge." (ECF No. 4, PageID.28 ¶ 4.) On March 11, 2026, Respondents filed their response in opposition (ECF No. 5) but did not file the transcript or recording of the bond hearing.

Therefore, **IT IS ORDERED** that on or before the third business day after entry of this Order, Respondents shall file transcripts or, if transcripts are not available, a recording of the bond hearing before the Immigration Judge that is the subject of this action.

        **IT IS SO ORDERED**.


Dated:    March 20, 2026               /s/ Jane M. Beckering
                                           Jane M. Beckering
                                           United States District Judge